AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

**FOR THE   DISTRICT OF   PUERTO RICO**

UNITED STATES OF AMERICA

V.

JULIO GONZALEZ-MARTINEZ

## WARRANT FOR ARREST

CASE NUMBER: 97-082(SEC)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Julio González-Martínez**
                                                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

aiding and abetting each other, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree together to distribute multi-kilos quantities of cocaine, a Schedule II, Drug Controlled Substance, and heroin, a Schedule I, Drug Controlled Substance;

in violation of Title __21__ United States Code, Section(s) __846__

| Justo Arenas | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| December 17, 1997, at San Juan, Puerto Rico | _[signature]_, Deputy Clerk |
| Title of Issuing Officer | Signature of Issuing Officer |

Bail fixed at $_____   by _____
                                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 12/18/97 | NAME AND TITLE OF ARRESTING OFFICER DEA | SIGNATURE OF ARRESTING OFFICER EXECUTED BY DEA [signature] |
|---|---|---|
| DATE OF ARREST 3/6/2100 | | |

AO 442 (Rev. 12/85) Warrant for Arrest